FILED
JN 5-8-2008
MAY X 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHH

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Charles R. Heath
(Please print)

STREET ADDRESS: 8918 S. Normal

CITY/STATE/ZIP: Chicago, IL 60620

PHONE NUMBER: 773 651 7102

CASE NUMBER: _____

_Charles R. Heath_   5-8-08
Signature/Date