# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2656 | **DATE** | June 18, 2008 |
| **CASE TITLE** | Charles Heath vs. Citibank N.A. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Court's order [5] of 6/2/2008, the plaintiff was given to 6/13/2008 to file an amended complaint stating a claim that would establish federal jurisdiction over this action. Plaintiff has failed to file an amended complaint. As stated in our previous order, Plaintiff's complaint is hereby dismissed with prejudice to his refiling the case in federal court. Plaintiff's motion [4] for leave to proceed *in forma pauperis* is denied as moot.

Dated:   June 18, 2008

**CHARLES P. KOCORAS**
**U.S. District Court Judge**

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|