# United States District Court

## Northern District of Illinois
Eastern Division

Charles Heath                              **JUDGMENT IN A CIVIL CASE**

        v.                                       Case Number: 08 C 2656

Citibank N.A.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed with prejudice to his refiling the case in federal court.

                                                        Michael W. Dobbins, Clerk of Court

Date: June 18, 2008                        /s/ Stephen C. Tokoph, Deputy Clerk